**No. 57991.**—Young's Market Co. and John L. Westland & Son, Inc. *v.* United States, protest 200312–K (Los Angeles).

Opinion by JOHNSON, J. At the trial it was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantity reported by the inspector as manifested, not found, was not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protest was sustained to this extent.

**No. 57992.**—John Alban & Co., Inc., et al. *v.* United States, protests 156950–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of cheese similar in all material respects to that the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503), the claim of the plaintiffs was sustained.

APRIL 8, 1954

**No. 57993.**—Park & Tilford Distillers Corp. *v.* United States, protest 208042–K.— Plaintiff's application for rehearing granted.

**No. 57994.**—Henry Greenberg & Bros. Export & Import Co., Inc. *v.* United States, protest 181404–K.—

C. D. 1592. Motion of Government for rehearing denied.

APRIL 9, 1954

**No. 57995.**—SUIT 4761.—United States *v.* Ameris Trading Co.—

C. D. 1463 reversed November 2, 1953. C. A. D. 542.